■ Lorenza Wittrock et al., Appellants, v Maimonides Medical Center-Maimonides Hospital et al., Defendants, and Louise M. Puglise, Respondent.—In a medical malpractice action, the plaintiffs appeal from an order of the Supreme Court, Kings County (Lodato, J.), dated January 29, 1985, which granted the motion of the respondent for summary judgment dismissing the complaint insofar as it is asserted against her.

Order affirmed, without costs or disbursements (see, Wittrock v Maimonides Med. Center-Maimonides Hosp., 119 AD2d

748). Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.